Richard W. Reinthaler (RR 5415)
Leo V. Gagion (LG 3627)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
:
:
LIBANCELL S.A.L., a Lebanese Corporation, :
:
:
Petitioner,    :    06 Civ. 2765 (HB)
:
– *against* –    :    **ORDER TO SHOW CAUSE**
:    **REGARDING BANQUE DU**
:    **LIBAN'S MOTION TO**
:    **INTERVENE PURSUANT TO**
:    **F.R.C.P. 24**
:
THE REPUBLIC OF LEBANON,    :
:
Respondent.    :
:
----------------------------------------X

Upon (i) the Memorandum of Law in Support of Banque du Liban's Motion to Intervene, in Opposition To Petitioner's Motion for Pre-Judgment Attachment and Preliminary Injunction Against Respondent The Republic of Lebanon, and in Support of Banque du Liban's Cross-Motion To Vacate the Temporary Restraining Order Entered Against Respondent The Republic of Lebanon; (ii) the Declaration of Marwan M. Nsouli; and (iii) the Declaration of Naaman Naddour, all of which have been sent by facsimile to counsel to Petitioner Libancell, S.A.L. at the address below, by Banque Liban upon its filing of this Application for An Order to Show Cause, and upon all of the pleadings previously filed in this action, it is

ORDERED that Petitioner Libancell S.A.L. show cause before this Court on April 18, 2006, at 2:30 p.m., or as soon after that as counsel may be heard, at the United States Courthouse located at 500 Pearl Street, New York, New York, Courtroom No. 23B, why Banque du Liban (the "Central Bank") should not be granted leave to intervene in this action, pursuant to Federal Rule of Civil Procedure 24, for the limited purpose of asserting the Central Bank's immunity from pre or post judgment attachment or execution (and any related injunctive relief) with respect to the Central Bank's property held for its own use, including the $162,911,250 of the Central Bank's property now in the possession of Deutsche Bank Trust Company Americas.

IT IS FURTHER ORDERED that in order to provide sufficient service and notice of the execution of this order, service of a copy of this order, made upon Petitioner Libancell S.A.L., through its counsel, by 5:00 pm on April 17, 2006, via facsimile or by hand as follows, shall be deemed good and sufficient service, Banque du Liban's papers in support of this order already having been delivered to Petitioner's counsel by Banque du Liban.

SO ORDERED

Dated: April 17, 2006

_____, U.S.D.J.

*[Signature] 4/17/06 at noon*

*No prior relief has been requested in this action.*

*[Signature]*

2