UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

LIBANCELL, S.A.L., a Lebanese Corporation,

    Petitioner,

    -against-

THE REPUBLIC OF LEBANON,

    Respondent.

CAISSE NATIONALE DES CAISSES
D'EPARGNE, S.A. and IXIS CORPORATE
& INVESTMENT BANK, S.A.,

    Applicants for Intervention.
----------------------------------------------------------------x

No. 06 CV 2765 (HB)

**ORDER TO SHOW CAUSE REGARDING CNCE AND IXIS'S MOTION TO INTERVENE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-06

Upon (i) the Motion to Intervene by applicants Caisse Nationale des Caisses d'Epargne, S.A. ("CNCE") and IXIS Corporate & Investment Bank, S.A. ("IXIS"); (ii) the Declaration of Geoffroy Sartorius attached thereto; and (iii) Intervenors' [Proposed] Answer and Counterclaim attached thereto, all of which have been sent by facsimile and e-mail to counsel to Petition LibanCell, S.A.L. at the address set forth in the attached Certificate of Service, by CNCE and IXIS upon its filing of this Application for an Order to Show Cause, and upon all of the pleadings previously filed in this action, it is:

ORDERED that Petitioner LibanCell, S.A.L. show cause before this Court on April 18, 2006, at 2:30 p.m., or as soon after that as counsel may be heard, at the United States Courthouse located at 500 Pearl Street, New York, New York, Courtroom 23B, why CNCE and IXIS should not be granted leave to intervene as respondents/counterclaimants in this action pursuant to Federal Rule of Civil Procedure 24(a), in order (1) to assert the defenses and counterclaim set forth in their [Proposed] Answer and Counterclaim and (2) to show cause why any further orders

of relief in the case (if any) should exclude from their scope transactions between the Banque du Liban, the Central Bank of the Republic of Lebanon, on the one hand, and CNCE or IXIS, on the other, including, in particular, the two transactions described in the Declaration of Geoffroy Sartorius, on, among others, the ground that such transactions concern property of a foreign central bank held for its own account within the meaning of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1611(b)(1), and, as such, are absolutely immune from pre-judgment attachment.

IT IS FURTHER ORDERED that in order to provide sufficient service and notice of execution of this order, service of a copy of this order, made upon Petitioner LibanCell, S.A.L., through its counsel, by the most expeditious means possible or as otherwise ordered by this Court, shall be deemed good and sufficient service, CNCE and IXIS's papers in support of this order already having been delivered to Petitioner's counsel by CNCE and IXIS, as set forth in the Certificate of Service annexed to this Application.

SO ORDERED

Dated: April 18, 2006

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I, Jeffrey C. Fourmaux, certify that, at **12:49** p.m. on this 18th day of April, 2006, I caused the accompanying Application for Order to Show Cause, Motion to Intervene by Caisse Nationale des Caisses d'Epargne, S.A. and IXIS Corporate & Investment Bank, S.A., along with the Declaration of Geoffroy Sartorius and Intervenors' [Proposed] Answer and Counterclaim attached thereto, to be served upon:

Eric L. Lewis, Esq.
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW, Suite 500
Washington, District of Columbia 20004
Facsimile: (202) 466-5738
E-Mail: eric.lewis@baachrobinson.com
*Attorney for Petitioner LibanCell, S.A.L.*
**BY FACSIMILE AND E-MAIL**

H. Barry Vasios, Esq.
HOLLAND & KNIGHT LLP
195 Broadway, 24th Floor
New York, New York 10007
E-Mail: barry.vasios@hklaw.com
*Attorney for Respondent the Republic of Lebanon*
**BY E-MAIL**

Richard W. Reinthaler, Esq.
DEWEY BALLATINE LLP
1301 Avenue of the Americas
New York, New York 10019
E-Mail: RReinthaler@deweyballantine.com
*Attorney for Banque du Liban, the Central Bank of the Republic of Lebanon*
**BY E-MAIL**

Lance Croffoot-Suede, Esq.
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
E-Mail: lcroffoot-suede@ny.whitecase.com
*Attorney for Deutsche Bank Trust Company Americas*
**BY E-MAIL**

_____
Jeffrey C. Fourmaux

WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019

*Attorneys for Applicants Caisse Nationale des Caisses d'Epargne, S.A. and IXIS Corporate & Investment Bank, S.A.*