UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/06

------------------------------------X
LIBANCELL S.A.L., a Lebanese Corporation,
:
: Civ. No. 06 CV 2765
            Petitioner,
: **[Proposed]**
        - against -          **ORDER**
:
THE REPUBLIC OF LEBANON,
:
            Respondent.
------------------------------------X

Upon consideration of Petitioner LibanCell S.A.L.'s motion for release of the bond it posted as security for the Temporary Restraining Order ("TRO") issued by this Court on April 10, 2006, and which was dissolved by this Court following an *inter partes* hearing on April 18, 2006, and any oppositions thereto, the Court finds that there is no reasonable possibility of damage to the Republic of Lebanon, which did not oppose the motion.

Accordingly, it is hereby ORDERED that the Clerk of Court shall release the $1 million bond plus any accrued interest to the Petitioner.

Dated: New York, New York
       _____8/17_____, 2006

                                    _____
                                    Hon. Harold Baer Jr.
                                    United States District Judge